IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PAMELA ANN DOTSON,

    Plaintiff,

VS.                          NO. 03-2876-MaP

AT&T WIRELESS, ET AL.,

    Defendants.

---

ORDER GRANTING MOTION FOR EXTENSION OF DISCOVERY DEADLINE

---

Before the court is plaintiff's June 13, 2005, unopposed motion requesting an extension of the discovery deadline in this matter. For good cause shown, the motion is granted. The deadline for completing discovery in this matter is extended to July 1, 2005.

It is so ORDERED this 15th day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-15-05

Case 2:03-cv-02876-SHM-tmp   Document 28   Filed 06/15/05   Page 2 of 2    PageID 51

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:03-CV-02876 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Susan L. Ratner
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Karyn C. Bryant
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Pamela Ann Dotson
5968 Cheryl Crest Lane
Memphis, TN 38115

Luther Wright
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

Honorable Samuel Mays
US DISTRICT COURT