UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN 15 PM 2:57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| PAMELA ANN DOTSON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO.: 03-2876-M1/P |
| AT&T WIRELESS, et al. | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE RULE 16 SCHEDULING ORDER**

Upon Motion of the Plaintiff, Pamela A. Dotson, for additional time in which to conduct discovery, for good cause shown, the parties have additional time up to and including July 1, 2005, within which to complete discovery.

IT IS SO ORDERED this 13 day of June, 2005.

_____
United States ~~District~~ Judge
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-16-05

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:03-CV-02876 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Pamela Ann Dotson
5968 Cheryl Crest Lane
Memphis, TN 38115

Luther Wright
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

Susan L. Ratner
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Karyn C. Bryant
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

Honorable Samuel Mays
US DISTRICT COURT