IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⧸⧸e  D.C.
05 AUG 23  AM 6: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

PAMELA ANN DOTSON,

    Plaintiff,

VS.                                           NO. 03-2876-MaP

AT&T WIRELESS, ET AL.,

    Defendants.

---

ORDER ALLOWING EXCESS PAGES

---

    Before the court is the August 18, 2005, motion by plaintiff for permission to file a response in opposition to defendant AT&T's motion for summary judgment which is in excess of the Rule 7.2(e) page limitation. The clerk of court filed the plaintiff's response to defendant's motion for summary judgment on August 18, 2005. The motion to exceed page limitation is therefore denied as moot.

    So ORDERED this 22d day of August, 2005.

                                                    /s/ signature

                                         SAMUEL H. MAYS, JR.
                                         UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:03-CV-02876 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Pamela Ann Dotson
5968 Cheryl Crest Lane
Memphis, TN 38115

Luther Wright
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

Susan L. Ratner
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Karyn C. Bryant
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT