IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PAMELA ANN DOTSON,

    Plaintiff,

VS.                                    NO. 03-2876-MaP

AT&T WIRELESS, ET AL.,

    Defendants.

---

ORDER GRANTING PERMISSION TO FILE REPLY

---

Before the court is the August 25, 2005, motion by defendant AT&T Wireless for permission to file a reply to plaintiff's response to AT&T's motion for summary judgment. For good cause shown, the motion is granted and AT&T may file its reply.

So ORDERED this **2d** day of September, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:03-CV-02876 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Susan L. Ratner
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Pamela Ann Dotson
5968 Cheryl Crest Lane
Memphis, TN 38115

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Luther Wright
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

Karyn C. Bryant
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

Honorable Samuel Mays
US DISTRICT COURT