UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PAMELA ANN DOTSON,

    Plaintiff,

v.                                    Cv. No. 03-2876-Ma

AT&T WIRELESS,

    Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Granting Defendant's Motion for Summary Judgment, docketed November 8, 2005.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

November 17, 2005
_____
DATE

THOMAS M. GOULD
CLERK

_____
(By)/ DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:03-CV-02876 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

Pamela Ann Dotson
5968 Cheryl Crest Lane
Memphis, TN 38115

Luther Wright
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

Karyn C. Bryant
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Susan L. Ratner
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT